IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEASAR C. RICASATA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WACHOVIA MORTGAGE, f/k/a WORLD SAVINGS BANK, FSB,<br><br>    Defendant.<br>_____ / | No. C 11-00072 JSW<br><br>**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER** |

Now before the Court for consideration is Plaintiffs' Motion for a Temporary Restraining Order, in which they ask this Court to enjoin the Defendant from conducting a foreclosure sale of their property on January 12, 2011. It is HEREBY ORDERED that Defendant shall file and serve a response to the motion by no later than **5:00 p.m. Monday, January 10, 2011.** Plaintiffs may file and serve a reply brief by no later than **11:00 a.m. Tuesday, January 11, 2011.** Plaintiffs are HEREBY ORDERED to serve a copy of this Order on Defendant by no later than 9:00 a.m. **Monday, January 10, 2011**, and to file proof of such service with the Court. If either party seeks to modify this briefing schedule or to continue the hearing, they shall submit a request demonstrating good cause for any such modification.

**IT IS SO ORDERED.**

Dated: January 7, 2011

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CEASAR C RICASATA et al,

    Plaintiff,

  v.

WACHOVIA MORTGAGE et al,

    Defendant.

Case Number: CV11-00072 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ceasar C. Ricasata
1801 Vetta Drive
Livermore, CA 94550

Geraldyn G. Ricasata
1801 Vetta Drive
Livermore, CA 94550

Dated: January 7, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk