IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEASAR C. RICASATA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WACHOVIA MORTGAGE, f/k/a WORLD SAVINGS BANK, FSB,<br><br>    Defendant.<br>_____/ | No. C 11-00072 JSW<br><br>**ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER** |

The Court previously set a briefing schedule on Plaintiffs' Motion for a Temporary Restraining Order. It is HEREBY ORDERED that the Court shall hold a hearing at 9:00 a.m. on **Wednesday, January 12, 2010** on Plaintiffs' Motion. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing. Plaintiffs shall serve a copy of this Order on Defendant by no later than **9:00 a.m. Monday, January 10, 2011**, and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: January 7, 2011

                                                    JEFFREY S. WHITE<br>                                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEASAR C RICASATA et al, | Case Number: CV11-00072 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| WACHOVIA MORTGAGE et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ceasar C. Ricasata
1801 Vetta Drive
Livermore, CA 94550

Geraldyn G. Ricasata
1801 Vetta Drive
Livermore, CA 94550

Dated: January 7, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2