IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEASAR C. RICASATA, et al., | |
| Plaintiffs, | No. C 11-00072 JSW |
| v. | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |
| WACHOVIA MORTGAGE, f/k/a WORLD SAVINGS BANK, FSB, | |
| Defendant. | |
| _____/ | |

On February 14, 2011, Defendant Wachovia Mortgage filed a motion to dismiss the complaint, which is noticed for hearing on April 8, 2011. It is HEREBY ORDERED that Plaintiffs' opposition to the motion shall be due by no later than March 4, 2011, and Defendant's Reply shall be due on or before March 11, 2011. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If either party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.

The Court HEREBY ADVISES Plaintiffs that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Plaintiffs also may wish to seek assistance from the Legal Help Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657,

//

//

//

or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: 02/16/2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE