IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEASAR C. RICASATA, et al., | No. C 11-00072 JSW |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| WACHOVIA MORTGAGE, f/k/a WORLD SAVINGS BANK, FSB, | |
| Defendant. | |

    On April 6, 2011, this Court issued an Order granting the motion to dismiss filed by Defendant Wachovia Mortgage ("Wachovia"), denying Plaintiffs' motion to strike, and granting Plaintiffs leave to file an amended complaint. In that Order, the Court required Plaintiffs to file an amended complaint by no later than April 29, 2011. The Court stated that if Plaintiffs did not file an amended complaint by that date, it would dismiss this case with prejudice and would enter judgment. Plaintiffs have not filed an amended complaint within the time permitted by the Court. Accordingly, pursuant to the Court's Order granting Defendant's motion to dismiss, and Plaintiffs having chosen not to amend, this matter is dismissed with prejudice. The Court shall enter a separate judgment, and the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: May 4, 2011

                                                     JEFFREY S. WHITE  
                                                     UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CEASAR C RICASATA et al,

    Plaintiff,

v.

WACHOVIA MORTGAGE et al,

    Defendant.

Case Number: CV11-00072 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ceasar C. Ricasata
1801 Vetta Drive
Livermore, CA 94550

Geraldyn G. Ricasata
1801 Vetta Drive
Livermore, CA 94550

Dated: May 4, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2